js-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| AVB CERRITOS, LLC, | Case No. CV 19-10090 JFW (SSx) |
|---|---|
| Plaintiff, | **ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |
| v. | |
| DEMETRIOUS DUNGEY, et al., | |
| Defendants | |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On November 26, 2019, Defendant, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court and an application to proceed in forma pauperis. The Court has denied Defendant's IFP application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

1

Simply stated, this action could not have been originally filed in federal court because the complaint does not competently allege facts supporting either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005). Furthermore, because this action was removed from the San Joaquin County Superior Court, which is in the Eastern District of California, even if this action were properly heard in federal court, which it is not, venue would be improper in this Court. See IBC Aviation Servs., Inc. v. Compania Mexicana de Aviacion, S.A. de C.V., 125 F. Supp. 2d 1008, 1013 (N.D. Cal. 2000) (pursuant to 28 U.S.C. § 1441(a), which governs removal of state court cases to federal court, "venue is proper in the judicial district encompassing the state court where action was brought").

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, Norwalk Branch, 12720 Norwalk Boulevard, California 90650, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: December 10, 2019

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE